OCTOBER TERM, 1886.                355

Hammett *et ux. vs.* Tanner & Hull *et al.*—Snell *vs.* Smith.—Smith *vs.* Griffis.

HAMMETT *et ux. vs.* TANNER & HULL *et al.*

Inasmuch as there was conflicting evidence upon every material question made by this bill, this court cannot interfere with the decree of the chancellor, refusing the injunction thereby prayed, as this is a matter that "must always rest in the sound discretion of the judge," and must be regulated "according to the circumstances of each case." Code, §3220.
Judgment affirmed.   (Head-note by the court.)

December 7, 1886.

HALL, Justice.

---

SNELL *vs.* SMITH.

The writ of error in this case must be dismissed, for the reasons and upon the grounds, as stated by the Chief Justice in the decision in the case of *Scott, next friend, vs. Central Railroad,* rendered to-day.   77 *Ga.* 450.
Writ of error dismissed.   (Head-note by the court.)

November 23, 1886.

BLANDFORD, Justice.

---

SMITH *vs.* GRIFFIS.

A bill of exceptions recited the trial of a trover suit, the finding of a verdict for defendant, the making of a motion for new trial and its refusal, followed by exception on the part of plaintiff. The order of the judge contained in the record is that a new trial is granted:
*Held,* that the writ of error must be dismissed.   In the absence of any suggestion of error in the record, it will control as to the judgment of the court; and when it shows that the motion was granted, and the case is still pending in the court below, the bill of exceptions filed by the movant is without proper legal foundation.
Writ of error dismissed.

February 17, 1887.